STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
v. S. NALBONE TRUCKING CO., INC.

July 22, 1974. Petition for certification denied. (See 128
*N. J. Super.* 370)

ESSEX CLEANING CONTRACTORS, INC. v.
RAYMOND AMATO.

July 22, 1974. Petition for certification denied. (See 127
*N. J. Super.* 364)

JOHN J. POWERS v. UNION CITY BOARD OF EDUCATION.

July 22, 1974. Petition for certification denied. (See 127
*N. J. Super.* 294)

STATE OF NEW JERSEY v. HAROLD FINKLE.

July 22, 1974. Petition for certification granted. (See 128
*N. J. Super.* 199)

CAROLYN MAY v. BOROUGH OF KINNELON.

July 22, 1974. Petition for certification denied.